UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BRETT D. MCDONALD, | CASE NO. C17-0619JLR |
| Plaintiff, | ORDER |
| v. | |
| BORA GURSON, et al., | |
| Defendants. | |

On May 2, 2017, the court issued an order in which it found that Plaintiff Brett D. McDonald had improperly removed under this cause number a similarly captioned state court action in which he is named as a defendant. (*See* 5/2/17 Order (Dkt. # 5); Not. of Rem. (Dkt. # 3) at 1.) The court stated that Mr. McDonald should have removed the state court action under a new cause number and paid the applicable filing fee for opening a new case. (5/2/17 Order at 4.) Accordingly, the court directed the Clerk to open a new cause number and file Mr. McDonald's notice of removal in that case. (*Id.*) The court also directed Mr. McDonald to pay the filing fee in that case within seven days. (*Id.*)

1 | Both Mr. McDonald and Defendants Bora Gurson and RoxyCar, Inc., have since filed under this cause number motions related to the state court case. (*See* Mot. to Remand (Dkt. # 7).) Because the removed action is no longer pending under this cause number, the court DIRECTS the Clerk to file those motions (Dkt. ## 4, 7, 9) under the new cause number, No. C17-0682RSL, created for the action Mr. McDonald removed to this court. The court further ORDERS the parties not to file anything else on the docket in this matter that is related to the removed action unless the court orders otherwise.

Dated this 3rd day of May, 2017.

JAMES L. ROBART
United States District Judge